395 A.2d 1004

Commonwealth v. Felder, Appellant.

Submitted September 12, 1977. James J. Powell, III, Assistant Public Defender, for appellant; Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.